UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                Case No. 17-cr-20298
                                Hon. Matthew F. Leitman

STEVEN J. BRIDGES,

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S
MOTION FOR COMPASSIONATE RELEASE (ECF No. 90)**

On August 10, 2020, Defendant Steven J. Bridges filed a motion for compassionate release. (*See* Mot., ECF No. 90.) The Court held a hearing on Bridges' motion on September 23, 2020. For the reasons stated on the record during the motion hearing, Bridges' motion is **DENIED**.

    **IT IS SO ORDERED**.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
Dated: September 23, 2020         UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 23, 2020, by electronic means and/or ordinary mail.

                                        s/ Holly A. Monda
                                        Case Manager
                                        (810) 341-9764

1